IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Paul S. Sampson**<br><br>Debtor<br><br>**Paul S. Sampson**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **15-21856**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Shawn N. Wright**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Bank
Attn: Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181

Professional Acct Mgmt In

**PAWB Local Form 30 (07/13)**

Pam Po Box 391
Milwaukee, WI 53201

RBS Citizens Cc
Attn: Bankruptcy Department
443 Jefferson Blvd Ms: Rjw-135
Warwick, RI 02886

Us Dept Of Ed/Great Lakes
Po Box 7860
Madison, WI 53704

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304

By: **/s/ Shawn N. Wright**
  Signature
**Shawn N. Wright**
Typed Name
**4 West Manilla Avenue**
**Pittsburgh, PA 15220**
Address
**(412) 920-6565 Fax:(412) 226-5216**
Phone No.
**64103**
List Bar I.D. and State of Admission