UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | 15-21856-glt |
| Paul S. Sampson, | ) | |
| Debtor | ) | Chapter 13 |

## CERTIFICATE OF SERVICE OF AMENDED SCHEDULE F, ORDER OF COURT AND 341 MEETING NOTICE

I, the undersigned, certify that I served or caused to be served, on August 21, 2016 a copy of the Amended Schedule F, Order of Court and 341 Meeting Notice upon each of the following persons and parties in interest at the addresses shown below:

**SENT VIA ELECTRONIC NOTICE:**
Office of U.S. Trustee
Office of the Chapter 13 Trustee

**SENT VIA FIRST CLASS MAIL:**
Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Bank
Attn: Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181

Professional Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201

RBS Citizens Cc
Attn: Bankruptcy Department

443 Jefferson Blvd Ms: Rjw-135
Warwick, RI 02886

Us Dept Of Ed/Great Lakes
Po Box 7860
Madison, WI 53704

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304

Attorney for Debtor

/s/Shawn N. Wright
Shawn N. Wright, Esquire
4 West Manilla Avenue
Pittsburgh, PA 15220
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com