Form 006

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Paul S. Sampson**  *Debtor(s)* | Case No. 15−21856−GLT |
| | Chapter: 13 |

## ORDER

AND NOW, this **19th day of August, 2016**, the Debtor(s) having filed an *Amendment to Schedule* F filed on **August 16, 2016**

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    The Debtor(s) shall *immediately* serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

(2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

(3)    **On or before September 19, 2016 or the date set forth in the Section 341 Meeting Notice**, whichever is later, any **Objection to Discharge** (if applicable), **Request for a 341 Meeting** (if applicable), and/or **Objections to Exemptions** shall be filed.

(4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

(5)    **FAILURE TO SERVE** the appropriate documents and file a timely **Certificate of Service** will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

(6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered **NULL AND VOID** without further Order of Court.

Dated: August 19, 2016

cm: Debtor
  Debtor's Counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul S. Sampson  
    Debtor

Case No. 15-21856-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: hthu     Page 1 of 1     Date Rcvd: Aug 19, 2016  
                   Form ID: 006     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.  
db          +Paul S. Sampson,   183 Roswin Drive,   Pittsburgh, PA 15226-1833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:  
         Andrew F Gornall    on behalf of Creditor    Ditech Financial LLC, Et Al...  
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Shawn N. Wright    on behalf of Debtor Paul S. Sampson shawn@shawnwrightlaw.com,  
          wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
                                                                                                                                                                                                 TOTAL: 9