```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    BK No.: 15-21856-glt
Paul S. Sampson,                    :
                    Debtor          :    Chapter 13
Paul Sampson, Movant,               :
                                    :
Vs.                                 :    Hrg:  9/21/2016 @ 10 am
Ronda J. Winnecour,                 :
Chapter 13 Trustee, Respondent      :
```

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EMPLOY SPECIAL COUNSEL**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Special Counsel filed on August 15, 2016 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 2, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: September 5, 2016              /s/Shawn N. Wright
                                      Shawn N. Wright, Esquire
                                      Counsel for Debtor
                                      4 West Manilla Avenue
                                      Pittsburgh, PA 15220
                                      (412) 920-6565
                                      PA--#64103
                                      shawn@shawnwrightlaw.com