FILED
10/7/16 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK No.: 15-21856-glt |
| Paul S. Sampson, | : | |
| Debtor | : | Chapter 13 |
| Paul Sampson, Movant, | : | |
| | : | Related Dkt. No. 56 |
| Vs. | : | |
| Ronda J. Winnecour, | : | |
| Chapter 13 Trustee, Respondent | : | |

**ORDER APPROVING WORKERS COMPENSATION CLAIM SETTLEMENT**

AND NOW, this  7th  day of  October , 2016, upon consideration of the Debtor's Motion for Approval of Settlement, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. As it appears that Debtor, Paul S. Sampson, has a legal claim against Rocco Landscaping for workplace injuries sustained in an accident dated October 1, 2015;
2. It further appears that a settlement offer in the amount of Thirty One Thousand Six Hundred Twenty Eight ($31,628.00) Dollars for the said claim of has been made to Special Counsel of Debtor, Mitchell S. Dugan, Esquire;
3. This Court finds that the said settlement offer is fair and reasonable, and
4. Special Counsel of Debtor, Mitchell S. Dugan, Esquire, of Dugan and Associates, 4 West Manilla Avenue, Pittsburgh, PA 15220, shall be permitted to distribute the above-referenced funds as follows:
   a) Mr. Dugan's legal fees of $6,325.60 are approved;
   b) the sum of $1,192.42 to be paid to Mr. Dugan to pay for litigation costs, and
   c) the net sum of $25,302.40 to be paid to the Debtor as his lost wages.

Prepared by:  Shawn Wright, Esq. 

**DEFAULT ENTRY**

Dated: October 07, 2016

Gregory  Taddonio   hct
United States Bankruptcy Judge

cm: Shawn Wright, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul S. Sampson  
     Debtor

Case No. 15-21856-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　User: lfin　　　　　　Page 1 of 1　　　　Date Rcvd: Oct 07, 2016  
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.  
db　　　　　　+Paul S. Sampson,　183 Roswin Drive,　Pittsburgh, PA 15226-1833

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:  
        Andrew F Gornall　　on behalf of Creditor　　Ditech Financial LLC, Et Al...  
         agornall@goldbecklaw.com,　bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt　　on behalf of Creditor　　City and School District of Pittsburgh jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Jeffrey R. Hunt　　on behalf of Creditor　　Allegheny County jhunt@grblaw.com,　cnoroski@grblaw.com  
        Jeffrey R. Hunt　　on behalf of Creditor　　Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
         cnoroski@grblaw.com  
        Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com,  
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
        S. James Wallace　　on behalf of Creditor　　Equitable Gas Bankruptcy Department sjw@sjwpgh.com,  
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
        Shawn N. Wright　　on behalf of Spec. Counsel Mitchell H. Dugan shawn@shawnwrightlaw.com,  
         wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
        Shawn N. Wright　　on behalf of Debtor Paul S. Sampson shawn@shawnwrightlaw.com,  
         wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
                                                       TOTAL: 10