## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul S. Sampson  |  CHAPTER 13
           Debtor(s)

BKY. NO. 15-21856

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of Ditech Financial LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by suntrust mortgage inc, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9310

                        Respectfully submitted,


                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        jwarmbrodt@kmllawgroup.com
                        Attorney I.D. No. 42524
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        Phone: 215-825-6306
                        Fax: 215-825-6406
                        Attorney for Movant/Applicant