**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-21856-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Paul S. Sampson
183 Roswin Drive
Pittsburgh PA 15226

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/03/2017.

Name and Address of Alleged Transferor(s):

Claim No. 14: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154,
Telephone number: 888-298-7785

Name and Address of Transferee:

LSF9 Master Participation Trust
13801 Wireless Way
Oklahoma City, OK 73134

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/06/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul S. Sampson  
    Debtor

Case No. 15-21856-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: amaz      Page 1 of 1      Date Rcvd: Jan 04, 2017  
                           Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14113706     +E-mail/Text: bankruptcy.bnc@ditech.com Jan 05 2017 02:04:51     Ditech Financial LLC,  
         P.O. Box 6154,   Rapid City, SD 57709-6154,   Telephone number 57709-6154  
                                                                                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2017 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   Ditech Financial LLC, Et Al...  agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
        Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        S. James Wallace   on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
        Shawn N. Wright   on behalf of Spec. Counsel Mitchell H. Dugan shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
        Shawn N. Wright   on behalf of Debtor Paul S. Sampson shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
                                                                                                                                                                                        TOTAL: 11