IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PAUL S. SAMPSON,<br><br>   Debtor.<br><br>DITECH FINANCIAL, LLC,<br><br>   Movant,<br><br>NO RESPONDENT,<br><br>   Respondent | Bankruptcy No.: 15-21856-GLT<br><br>Chapter 13<br><br>Related to Doc. No. 74 |

<u>CERTIFICATE OF SERVICE OF TEXT ORDER
GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO
NOTICE OF MORTGAGE PAYMENT CHANGE TO CLAIM 14-1</u>

     I certify under penalty of perjury that I served the above captioned pleading at the addresses specified below on January 26, 2017. The Text Order states:

     The Request to Restrict Public Access to related document doc, filed at [73], is HEREBY GRANTED. The movant shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Taddonio. Signed on 1/20/2017. (RE: related document(s): [73] Request to Restrict Public Access to Document - PAWB Form 38).

     The types of service made on the parties were:

By First-Class Mail:

Paul S. Sampson
183 Roswin Drive
Pittsburgh, PA 15226

and:

By Electronic Notification:

| | |
|---|---|
| Shawn N. Wright, Esq. | shawn@shawnwrightlaw.com |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

<u>/s/ Peter J Ashcroft, Esq.</u>
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Ditech Financial, LLC