# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** PAUL S. SAMPSON
**Case Number:** 15-21856-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 16, 2017 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matters:*

1) #61 - Trustee's Certificate of Default to Dismiss H
   # 76 - Affidavit and Proof of Payment filed by Debtor
   # 77 - - Amended Plan Dated 2/6/17(fc) (appears unserved)
   R / M #:  61 / 0

2) #77 - Amended Plan Dated 2-6-2017 (FC)
   R / M #:  77 / 0

### *Appearances:*

Debtor: Wright
Trustee: Winnecour / (Bedford) Pail / Katz
Creditor: Plan to be served

[RECEIVED 2017 FEB 16 P 12:20 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4-13-17 at 11:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/8/2017    3:28:45PM