Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul S. Sampson**
Debtor(s)

Bankruptcy Case No.: 15–21856–GLT
Issued Per 4/13/2017 Proceeding
Chapter: 13
Docket No.: 80 – 61, 77
Concil. Conf.: April 13, 2017 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 6, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,922.00 as of April, 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Apr. 13, 2017 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 16 of PWSA .

☑ H. Additional Terms: The Trustee's Certificate of Default Requesting Dismissal of Case at Docket No. 61 is Dismissed as being withdrawn.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*[Signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: April 18, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-21856-GLT
Paul S. Sampson                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2           Date Rcvd: Apr 18, 2017
                              Form ID: 149            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db         +Paul S. Sampson,    183 Roswin Drive,    Pittsburgh, PA 15226-1833
cr         +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
sp         +Mitchell H. Dugan,    Dugan and Associates, P.C.,    4 West Manilla Avenue,
             Pittsburgh, PA 15220-3316
14277862   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14072327    Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
14277863   +Chase Bank,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14277864   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14087650   +City and School District of Pittsburgh,     c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14087648   +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14106355    Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14277865   +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
14344698   +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14077035    M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14085398   +Midland Credit Management, Inc as agent for,     Midland Funding LLC,    PO Box 2011,
             Warren, MI 48090-2011
14071877   +Peoples Natural Gas Company LLC Equitable Division,     225 North Shore Drive,
             Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14131387   +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
             437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14277866   +Professional Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
14277867   +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
             Warwick, RI 02886-1321
14277868   +Us Dept Of Ed/Great Lakes,    Po Box 7860,    Madison, WI 53707-7860
14277869   +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2017 00:57:07     Ditech Financial LLC,
             PO BOX 0049,   Palatine, IL 60055-0001
cr           E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2017 00:53:38
             Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
             Miami, FL  33131-1605
14113706    +E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2017 00:57:07     Ditech Financial LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154,    Telephone number 57709-6154
14111898    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Apr 19 2017 00:58:14      Duquesne Light Company,
             c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
14050357    +E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2017 00:57:07     Greentree,    P.O. Box 6172,
             Rapid City, SD 57709-6172
14050358    +E-mail/Text: camanagement@mtb.com Apr 19 2017 00:57:09     M & T Credit Corporation,
             P.O. Box 4649,   Buffalo, NY 14240-4649
14111854     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 01:03:06
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14126691    +E-mail/Text: csc.bankruptcy@amwater.com Apr 19 2017 00:58:11     Pa. American Water,
             PO Box 578,   Alton, IL 62002-0578
14054455     E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2017 00:53:37
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Allegheny County
cr           City and School District of Pittsburgh
cr           Ditech Financial LLC, Et Al...
cr           Duquesne Light Company
cr           Pittsburgh Water & Sewer Authority
cr*         +LSF9 Master Participation Trust,    13801 Wireless Way,   Oklahoma City, OK 73134-2500
                                                                                       TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dbas              Page 2 of 2           Date Rcvd: Apr 18, 2017
                              Form ID: 149            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Ditech Financial LLC, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Peter J. Ashcroft    on behalf of Creditor   Ditech Financial LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Spec. Counsel Mitchell H. Dugan shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Debtor Paul S. Sampson shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                              TOTAL: 12
```