**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Paul S. Sampson**
    Debtor(s)

Bankruptcy Case No.: 15–21856–GLT
Related to Docket No. 86
Chapter: 13
Docket No.: 87 – 86
Concil. Conf.: November 9, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **October 6, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 23, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **November 9, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 22, 2017

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## <u>INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT</u>

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-21856-GLT
Paul S. Sampson                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel            Page 1 of 2              Date Rcvd: Aug 22, 2017
                             Form ID: 213          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db          +Paul S. Sampson,    183 Roswin Drive,    Pittsburgh, PA 15226-1833
cr          +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
              Pittsburgh, PA 15212-5860
sp          +Mitchell H. Dugan,    Dugan and Associates, P.C.,    4 West Manilla Avenue,
              Pittsburgh, PA 15220-3316
14277862    +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14072327     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14277863    +Chase Bank,    Attn: Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14277864    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14087650    +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14087648    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
14106355     Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
14277865    +Credit First/CFNA,    Bkl3 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
14344698    +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
14077035     M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14071877    +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
              Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14131387    +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
              437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14277866    +Professional Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
14277867    +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
              Warwick, RI 02886-1321
14277868    +Us Dept Of Ed/Great Lakes,    Po Box 7860,    Madison, WI 53707-7860
14277869    +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2017 01:32:28     Ditech Financial LLC,
              PO BOX 0049,    Palatine, IL 60055-0001
cr           E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2017 01:34:07
              Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
              Miami, FL  33131-1605
14113706    +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2017 01:32:28     Ditech Financial LLC,
              P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number 57709-6154
14111898    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 23 2017 01:33:11     Duquesne Light Company,
              c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14050357    +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2017 01:32:28     Greentree,    P.O. Box 6172,
              Rapid City, SD 57709-6172
14050358    +E-mail/Text: camanagement@mtb.com Aug 23 2017 01:32:29     M & T Credit Corporation,
              P.O. Box 4649,    Buffalo, NY 14240-4649
14085398    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2017 01:32:42
              Midland Credit Management, Inc as agent for,  Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
14111854     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2017 01:34:32
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14126691    +E-mail/Text: csc.bankruptcy@amwater.com Aug 23 2017 01:33:10     Pa. American Water,
              PO Box 578,    Alton, IL 62002-0578
14054455     E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2017 01:34:48
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                     TOTAL: 10


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Allegheny County
cr           City and School District of Pittsburgh
cr           Ditech Financial LLC, Et Al...
cr           Duquesne Light Company
cr           Pittsburgh Water & Sewer Authority
cr*         +LSF9 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
                                                                         TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2        User: jhel           Page 2 of 2        Date Rcvd: Aug 22, 2017
                           Form ID: 213          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
             Andrew F Gornall    on behalf of Creditor    Ditech Financial LLC, Et Al...
              agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
             James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
             Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
              cnoroski@grblaw.com
             Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
              cnoroski@grblaw.com
             Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
             Mario J. Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pawb@fedphe.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
             Peter J. Ashcroft    on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,
              ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
             S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
             Shawn N. Wright    on behalf of Spec. Counsel Mitchell H. Dugan shawn@shawnwrightlaw.com,
              wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
             Shawn N. Wright    on behalf of Debtor Paul S. Sampson shawn@shawnwrightlaw.com,
              wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                              TOTAL: 13
```