# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: PAUL S. SAMPSON
- Case Number: 15-21856-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, NOVEMBER 09, 2017 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#86 - Trustee's Certificate of Default to Dismiss H
# 89 - Response filed by the Debtor w/proof of payment
R / M #:  86 / 0

**Appearances:**

- Debtor: Wright
- Trustee: Winnecour / Bedford / Pail / **Katz** (circled)
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to 1/11/18 at 9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Handwritten notes:
- Debtor H is currently unemployed. Seeking employment.
- Calc indicates mo pymnt needs to be $2320 to cure.
- Continue to see if Debtors can make monthly payments of 2320 for Nov & Dec. If not, move to dismiss.