# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** PAUL S. SAMPSON
**Case Number:** 15-21856-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 11, 2018 09:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#86 - Continued Trustee's Certificate of Default to Dismiss
R / M #: 86 / 0

### *Appearances:*

**Debtor:** [signature]
**Trustee:** Winnecour / Pail / Katz
**Creditor:**

### *Proceedings:*

**Outcome:** Contested

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 2-14-18 at 9—
10. _____ Other:

1. Debtor has not made payment since 10/26/17 payment was actually $300 not $3000, over $16,000 in arrears.