**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
FEB 14 2018
CLERK U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                                                 Case No.:   15-21856-GLT
                                                                       Chapter:    13
Paul S. Sampson

                                                                       Date:       2/14/2018
         *Debtor(s).*                                                  Time:       09:00

## PROCEEDING MEMO

**MATTER:**   #86 - Trustee's Certificate of Default Requesting Dismissal of Case
              #89 - Response by Debtor

**APPEARANCES:**
         Debtor:    Audrey Rasmusson
         Trustee:   Jana Pail

**NOTES:**

Pail: $16,254 arrearage through January. It is $18,176 including February. Poor payment history--the plan does not seem feasible.

Rasmusson: Requests dismissal without prejudice.

Pail: No objection.

**OUTCOME:**

1. The certificate of default [Dkt. No. 86] is granted. The case is dismissed without prejudice. O/E.

**DATED:** 2/14/2018