**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| PAUL S. SAMPSON | Case No.:15-21856 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/21/2015 and confirmed on 08/17/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 24,624.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,624.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,200.66 | |
| Trustee Fee | 1,027.90 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,228.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 0.00 | 14,222.02 | 0.00 | 14,222.02 |
| Acct: 7714 | | | | |
| LSF9 MASTER PARTICIPATION TRUST | 5,820.53 | 0.00 | 0.00 | 0.00 |
| Acct: 7714 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX1-15 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXX1-15 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX0-15 | | | | |
| CITY & SCHOOL DIST OF PITTSBURGH (RE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX0-15 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3,14 | | | | |
| CITY OF PITTSBURGH (RE-LIBRARY) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX3,14 | | | | |
| PITTSBURGH WATER & SEWER AUTH* | 156.19 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX8;15 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| M & T BANK | 0.00 | 7,173.42 | 0.00 | 7,173.42 |
| Acct: 5188 | | | | |
| | | | | 21,395.44 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL S. SAMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 4,000.00 | 2,200.66 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR | 104.21 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6;14 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 376.87 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2123 | | | | |
| CAPITAL ONE BANK NA** | 348.04 | 0.00 | 0.00 | 0.00 |
| Acct: 1256 | | | | |
| M & T BANK | 1.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5188 | | | | |
| MIDLAND FUNDING LLC | 923.52 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1768 | | | | |
| CREDIT FIRST NA* | 1,180.30 | 0.00 | 0.00 | 0.00 |
| Acct: 8819 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 3,081.48 | 0.00 | 0.00 | 0.00 |
| Acct: 8422 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 4,331.06 | 0.00 | 0.00 | 0.00 |
| Acct: 8615 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 2,281.17 | 0.00 | 0.00 | 0.00 |
| Acct: 5127 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,701.94 | 0.00 | 0.00 | 0.00 |
| Acct: 8819 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 2,525.88 | 0.00 | 0.00 | 0.00 |
| Acct: 4448 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN \ | 239.78 | 0.00 | 0.00 | 0.00 |
| Acct: 6580 | | | | |
| CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4409 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1420 | | | | |
| PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3759 | | | | |
| RBS CITIZENS NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9896 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6577 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0007 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5127 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| 15-21856 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: | | | | | |
| JEFFREY R HUNT ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| JEFFREY R HUNT ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 21,395.44 |
|---|---|---|

TOTAL CLAIMED
PRIORITY            104.21
SECURED           5,976.72
UNSECURED       16.991.04

Date: 03/13/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com